# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135701

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

STEVEN DUANE DENT,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135701
COA: 282039
Branch CC: 2007-048753-FC

On order of the Court, the application for leave to appeal the January 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

CORRIGAN, J., not participating for the reasons stated in *People v Parsons*, order of the Supreme Court, entered March 6, 2007 (Docket No. 132975).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

s0421

_____
Clerk